UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GRACE PETASHNICK,

    Plaintiff(s),

vs                    Case # 2:09-CV-763-PMP-PAL

OASIS MOVING & STORAGE, INC.

    Defendant(s).        ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

        This case is currently stacked on the calendar on **Tuesday, September 21, 2010,** for a Court Trial.

        **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

        DATED this 26th day of May, 2010.

*(signature)*
PHILIP M. PRO, U.S. DISTRICT JUDGE